IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 DEC -5 PM 3:42

JEFFREY P. COLWELL
CLERK

Civil Action No. 16-cv-02969
(To be supplied by the court)

BY_____DEP. CLK

Michele St. Michael,
Plaintiff,

v.

James Paradise,
Defendant.

_____

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff Michele St. Michael is a citizen of United States of America who presently resides at the following address: 20 Christopher Allen Ln, Chico Calif 95928

2. Defendant James Paradise lives at or is located at the following address: Colorado Renaissance Festival 409 South Wilcox #F Castle Rock Colorado 80104

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location: Colorado Renaissance Festival Site 650 Perry Park Rd Larkspur Colorado 80118

6. Jurisdiction also is asserted pursuant to the following statutory authority:

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _Aug 2, 2016_ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _September 9, 2016_ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    \_\_\_\_ Race    \_\_\_\_ Color    \_\_\_\_ Religion

    ✓ Sex    \_\_\_\_ National Origin

    \_\_\_\_ Other (please specify) _Sexual harrassment, harrassment in the work place_

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    \_\_\_\_ Failure to hire

    \_\_\_\_ Failure to promote

    ✓ Demotion/discharge from employment

    ✓ Other (please specify) _retaliation for reporting sexual harrassment and general harrassment in the workplace_

(Rev. 07/06)

2

**FIRST CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

1) I worked at the Colorado Renaissance for 37 years. I had a wonderful building that I constructed near the entrance of the festival grounds. In the mid 1990's around 1995 or 1996 my boss James Paradise employed a man David Walker as the site manager. Mr Walker and Mr. Paradise are close friends. David Walker verbally harrassed me (and many other participants) for years in a very degrading manner.

2) I was a tarot card reader and palm reader at the festival. I have been practising my theatrical craft since I was a teenager. I am a professional reader and one of the best in my field of work.

3) In addition to myself, several other participants have related their own encounters with Mr. Walker who exhibited

(Rev. 07/06)                                3

**SECOND CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

intimidating and threatening behavior and other forms of horrible harrassment. No one that I know of has previously filed a complaint for fear of being terminated if they speak out.

4) One night after a private party on the festival grounds my pass was confiscated by David Walker as I attempted to leave. When I requested my pass back, he grabbed his crotch and demanded a sexual favor. He said "suck this bitch if you want your pass back" and started to unzip his pants. I was extremely frightened and ran to my car. I then drove home trembeling, and got physically ill.

5) The next day I tried to report the incident to my supervisor who refused to hear my story,

(Rev. 07/06)          4

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

She said she would get my pass back but dismissed my complaint

6) Subsequently my booth was bulldozed by David Walker, without my consent, and no financial compensation was given to me for this disgusting action.

7) All of this has been emotionally devasting to me because my contract was not renewed, my business was destroyed and no reason was given for my dismissal. Also all my effort, for all the years, of building up my patronage, so that I can make a living, is gone.

8) I also believe that my supervisor Caitlan Pacer used age discrimination on me, she didn't want an older person up by the front gate. No reason was given for my dismissal. When I asked her if I had done something wrong she said no. When I asked to

(Rev. 07/06) 5

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Recieve my paperwork documenting how long I had worked there she refused to give it to me.

9) In conclusion I believe that this apalling set of circumstances has violated my civil Rights. I believe these individuals retaliated against me for asserting my sexual harrassment claim.

Date: Dec 5, 2016

Michele H. Michael
(Plaintiff's Original Signature)

20 Christopher Allen Ln
(Street Address)

Chico California
(City, State, ZIP)

719-522-3288
(Telephone Number)